UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAMEDA HEALTH SYSTEM, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, et al., <br><br> Defendants. | Case No. 16-cv-05903-PJH <br> Case No. 16-cv-06553-PJH <br><br> **JUDGMENT** |

WHEREFORE this action came on for hearing before the court on August 23, 2017, Hon. Phyllis J. Hamilton, District Judge Presiding, on the parties' Cross-Motions for Summary Judgment;

WHEREFORE in a letter dated January 11, 2016, the Centers for Medicare & Medicaid Services ("CMS") informed the California Department of Health Care Services that, except in limited circumstances not applicable here, California could not include uncompensated care costs incurred by hospital-based federally qualified health centers ("FQHCs") in its calculations of hospital-specific disproportionate share hospital ("DSH") limits pursuant to California's Medicaid state plan;

WHEREFORE the foregoing articulation of CMS's position will be referred to as CMS's "Policy," which was at issue in the present case;

WHEREFORE and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

///

///

///

**IT IS ORDERED AND ADJUDGED** as follows:

1. For the reasons stated in the court's "Order Re Cross-Motions for Summary Judgment" entered on December 18, 2017, plaintiffs' motion for summary judgment is granted and defendants' motion for summary judgment is denied;

2. The court declares that CMS's Policy is a legislative rule that was not promulgated in accordance with the requirements of notice-and-comment rulemaking;

3. In accordance with 5 U.S.C. § 706(2)(D), the court therefore declares CMS's Policy as applied in California to be unlawful and orders that it be set aside in California;

4. The court directs that, if the plaintiffs claim taxable costs, plaintiffs shall serve and file a bill of costs no later than 14 days after judgment is entered. See Fed. R. Civ. P. 54(d)(1); Civil L.R. 54(D).

**IT IS SO ORDERED.**

Dated: January 16, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge